Fill in this information to identify the case:

United States Bankruptcy Court for the:
Eastern District of New York
(State)

Case number (if known): _____ Chapter 11

☐ Check if this is an amended filing

RECEIVED 2025 JUL 15 A 11:59

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**   8830 172nd LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   87-3904581

4. **Debtor's address**

   Principal place of business:
   8830 172nd St
   Number   Street

   Jamaica NY 11432
   City   State   ZIP Code

   Queens
   County

   Mailing address, if different from principal place of business:
   Number   Street
   P.O. Box
   City   State   ZIP Code

   Location of principal assets, if different from principal place of business
   Number   Street
   City   State   ZIP Code

5. **Debtor's website** (URL)

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **8830 17nd LLC**　　　　　　　　　　　　　　　Case number (if known) _____
　　　　　Name

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☒ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   **5313**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*

   　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   　　☐ A plan is being filed with this petition.

   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes. District _____ When _____ Case number _____
   　　　　　　　　　　　　　　　　MM / DD / YYYY
   　　　District _____ When _____ Case number _____
   　　　　　　　　　　　　　　　　MM / DD / YYYY

Official Form 201　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　page 2

Debtor **8830 172nd LLC**    Case number (if known) _____
      Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When ___/___/_____
                                         MM / DD / YYYY
           Case number, if known _____

11. **Why is the case filed in *this* district?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    Why does the property need immediate attention? (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    Where is the property? _____
                          Number    Street
    _____
    City                              State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:
    ☐ Funds will be available for distribution to unsecured creditors.
    ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☑ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000
    ☐ 50-99           ☐ 5,001-10,000       ☐ 50,001-100,000
    ☐ 100-199         ☐ 10,001-25,000      ☐ More than 100,000
    ☐ 200-999

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor __8830 172nd LLC__   Case number (*if known*) _____
         Name

### 15. Estimated assets

- [x] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

### 16. Estimated liabilities

- [ ] $0-$50,000
- [x] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __07/16/2025__
             MM / DD / YYYY

X _/s/ signature_                                    __Mortoza Kamal__
Signature of authorized representative of debtor      Printed name

Title __Agent__

### 18. Signature of attorney

X _____    Date _____
Signature of attorney for debtor    MM / DD / YYYY

Printed name _____
Firm name _____
Number  Street _____
City _____  State ____  ZIP Code ____
Contact phone _____   Email address _____
Bar number _____   State ____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
www.nyeb.uscourts.gov

## AFFIRMATION OF FILER(S)

I, **Rehastra Prashad**, am filing a bankruptcy petition at the Unites States Bankruptcy
(Print Filer's Name)

Court, E.D.N.Y. on behalf of the debtor(s), **8803 172nd LLC**.
(Print Name of Debtor(s))

Filer Contact Information:
Address: **42 Craig Avenue, Freeport NY 11520**
Email Address: **vprashad7@gmail.com**
Phone Number: **(929) 694 3405**

### CHECK THE APPROPRIATE RESPONSES:

**ASSISTANCE PROVIDED TO DEBTOR(S):**

____ I prepared the petition for the debtor(s) and/or assisted with the paperwork by doing the following: _____.

**X** I did not provide the paperwork or assist in any way with completion of the forms.

**FEE RECEIVED:**

**X** I was not paid.

____ I was paid.   Amount Paid: $ _____.

I/We hereby affirm the information above under the penalty of perjury.

Dated: **07-16-2025**

_____
Filer's Signature

# UNITED STATES BANKRUPTCY COURT
## Eastern DISTRICT OF NEW YORK

-------------------------------------------------X
In RE:

8830 172nd LLC

Case No.:
Chapter: 11

Debtor(s)

-------------------------------------------------X

## VERIFICATION OF CREDIT METRIX / LIST OF CREDITORS

The undersigned debtor(s) or attorneys for the debtor(s) hereby certifies that the creditor matrix/ list of creditors submitted herein is true and correct to the best of his or her knowledge.

Date: 07/16/2025

_____ Debtor

_____ Joint Debtor

_____ Attorney for Debtor

List Of Creditors

Washington Equity and Funding Corp.
 C/o
Golab Law PLLC
248 West Street,
White Plains, NY 10605